STANDARD OIL COMPANY OF NEW JERSEY, Appellee, v. UNIVERSAL INSURANCE COMPANY, Appellant.

No. 57.

Circuit Court of Appeals, Second Circuit.

Nov. 6, 1933.

For opinion below, see 3 F. Supp. 564.

Single, Atkins, Middleton & Tyler, of New York City (Loring R. Lecraw and Forrest E. Single, both of New York City, of counsel), for appellant.

Charles R. Hickox and Clement C. Rinehart, both of New York City, for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Affirmed on opinion below.

■

J. Rich STEERS, Libelant-Appellant, v. PENNSYLVANIA RAILROAD COMPANY, Respondent-Appellee.

No. 22.

Circuit Court of Appeals, Second Circuit.

Oct. 16, 1933.

Purdy & Purdy, of New York City (Edmund F. Lamb and John E. Purdy, both of New York City, of counsel), for appellant.

Burlingham, Veeder, Fearey, Clark & Hupper, of New York City (Chauncey I. Clark and Frederic Conger, both of New York City, of counsel), for appellees.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Decree (3 F. Supp. 389) affirmed.

■

Wade L. STREET, Minnie Livingston, and Jennie L. Mahon, as Executors of the Last Will and Testament of Jefferson Livingston, Deceased, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 38.

Circuit Court of Appeals, Second Circuit.

Dec. 4, 1933.

Pat Malloy, Asst. Atty. Gen., and Sewall Key and Francis H. Horan, Sp. Assts. to Atty. Gen. (E. Barrett Prettyman, Gen. Counsel, Bureau of Internal Revenue, and Hartford Allen, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., of counsel), for respondent.

Barnet D. Golden, of New York City (George E. H. Goodner, of Washington, D. C., of counsel), for petitioners.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Decision affirmed.